

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONNIE RAY PEOPLES, | § | No. 08-19-00306-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| Appellee. | § | (TC# 19-10-25230-CVW) |

## J U D G M E N T

The Court has considered this cause on Appellant's Motion to Withdraw Appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore grant Appellant's Motion to Withdraw Appeal and dismiss the appeal It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.